UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>PLAINTIFF,<br><br>v.<br><br>TESLA, INC.,<br><br>DEFENDANT. | Civil Action No.: 1:18-cv-8947 |

## NOTICE OF ENTRY OF APPEARANCE

**PLEASE TAKE NOTICE** that Bradley J. Bondi, of CAHILL GORDON & REINDEL LLP, hereby enters his appearance as counsel for defendant Tesla, Inc. in the above-captioned proceeding. I certify that I am admitted to practice before this Court.

Dated: October 1, 2018

Respectfully submitted,

Bradley J. Bondi
bbondi@cahill.com
CAHILL GORDON & REINDEL LLP
1990 K Street, N.W., Suite 950
Washington, D.C. 20006
Telephone: 202-862-8910
Facsimile: 866-836-0501