UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION       Plaintiff,  vs.  TESLA, INC.       Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  No. 1:18-cv-8947-AJN-GWG<br>:  [rel. 1:18-cv-8865]<br>:<br>:<br>:<br>: |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Cheryl L. Crumpton hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action.  I am an active member in good standing of the bar of the District of Columbia and an inactive member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: October 2, 2018            Respectfully submitted,

*/s/ Cheryl L. Crumpton*
Cheryl L. Crumpton
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C.  20549
Tel:  (202) 551-4459
Email:  crumptonc@sec.gov