UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>TESLA, INC.<br><br>　　　Defendant. | No. 1:18-cv-8947-AJN-GWG<br>[rel. 1:18-cv-8865] |

## AFFIDAVIT OF CHERYL L. CRUMPTON

I, Cheryl L. Crumpton, declare as follows:

1. I am an active member in good standing of the bar of the District of Columbia and an inactive member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: October 2, 2018　　　　　　　　　　　*/s/ Cheryl L. Crumpton*
　　　　　　　　　　　　　　　　　　　　　　Cheryl L. Crumpton