UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>      Plaintiff,<br><br>      vs.<br><br>TESLA, INC.<br><br>      Defendant. | No. 1:18-cv-8947-AJN-GWG<br>[rel. 1:18-cv-8865] |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, E. Barrett Atwood, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-captioned action. I am an active member in good standing of the bars of the State of California and District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit, certificates of good standing, and proposed order pursuant to Local Rule 1.3.

                                                                              Respectfully submitted,

Dated: October 2, 2018                            /s/ *E. Barrett Atwood*
                                                              E. Barrett Atwood
                                                              U.S. Securities & Exchange Commission
                                                              44 Montgomery Street, Suite 2800
                                                              San Francisco, CA 94104
                                                               Phone: (415) 705-2467
                                                              Fax: (415) 705-2501
                                                              Email: atwoode@sec.gov