

# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### EDWARD BARRETT ATWOOD

I, JORGE NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that **EDWARD BARRETT ATWOOD #291181**, was on the **25th** day of **September, 2013**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **27th** day of **November, 2017**.*

JORGE NAVARRETE
*Clerk of the Supreme Court*

By: _____
C. Rivera, Deputy Clerk