UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                              Plaintiff,

vs.

TESLA, INC.,

                              Defendant.

No. 1:18-cv-8947-AJN-GWG
[rel. 1:18-cv-8865]

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tesla, Inc., by and through its undersigned counsel, states that Tesla, Inc. has no parent company and no publicly held corporation owns 10 percent or more of its stock.  T. Rowe Price Associates, Inc., which is a subsidiary of a publicly held corporation (T. Rowe Price Group, Inc.), owns more than 10 percent of Tesla's stock.

Dated:  October 11, 2018

                                           **CAHILL GORDON & REINDEL LLP**

                                           By:  */s/ Bradley J. Bondi*
                                           Bradley J. Bondi
                                           1990 K Street, N.W., Suite 950
                                           Washington, D.C. 20006
                                           Telephone:  202-862-8910
                                           bbondi@cahill.com

                                           *Attorney for Tesla, Inc.*