```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States Securities and Exchange Commission, | |
| Plaintiff, | 18-cv-8865 (AJN) |
| –v– | |
| Elon Musk, | |
| Defendant. | |

| | |
|---|---|
| United States Securities and Exchange Commission, | |
| Plaintiff, | 18-cv-8947 (AJN) |
| –v– | ORDER |
| Tesla, Inc., | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

      The Court on May 12, 2021, appointed Rust Consulting as distribution agent for the Fair Fund. No. 18-cv-8865, Dkt. No. 55. That order required that Rust file status reports and quarterly accounting statements within 30 days of the end of each quarter. *Id.* ¶ 6. The Court has received no such reports. Rust is hereby ordered to file a status report and the most recent quarterly accounting statement by January 7, 2022.

1

SO ORDERED.

Dated: December 21, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge