# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| United States Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Tesla, Inc. )<br>*Defendant* ) | Case No.  1:18-cv-08947-AJN |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tesla, Inc.                                                            .

Date:    02/17/2022

*Attorney's signature*

Alexander  Spiro  4656542
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Address*

alexspiro@quinnemanuel.com
*E-mail address*

(212) 849-7364
*Telephone number*

(212) 849-7100
*FAX number*