```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                    │
UNITED STATES DISTRICT COURT              │ DOCUMENT                     │
SOUTHERN DISTRICT OF NEW YORK             │ ELECTRONICALLY FILED         │
                                          │ DOC #:_____        │
                                          │ DATE FILED:  3/17/22         │
                                          └─────────────────────────────┘
```

| | |
|---|---|
| United States Securities and Exchange Commission, | |
| Plaintiff, | 18-cv-8865 (AJN) |
| —v— | |
| Elon Musk, | |
| Defendant. | |

| | |
|---|---|
| United States Securities and Exchange Commission, | |
| Plaintiff, | 18-cv-8947 (AJN) |
| —v— | ORDER |
| Tesla, Inc., | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Commission's motion to approve the distribution plan. Dkt.

No. 76. The Defendants shall file a response, if any, by March 22, 2022.

SO ORDERED.

Dated: March 17, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge