USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/25/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **UNITED STATES SECURITIES AND** **EXCHANGE COMMISSION** | : <br> : <br> : |
| **Plaintiff,** | : <br> : |
| **v.** | : Civil Action No. 1:18-cv-8865-AJN-GWG |
| | : |
| **ELON MUSK,** | : <br> : |
| **Defendant.** | : <br> : |
| **UNITED STATES SECURITIES AND** **EXCHANGE COMMISSION** | : <br> : <br> : |
| **Plaintiff,** | : <br> : |
| **v.** | : Civil Action No. 1:18-cv-8947 |
| | : |
| **TESLA, INC.,** | : <br> : |
| **Defendant.** | : <br> : |

**ORDER APPROVING DISTRIBUTION PLAN**

The Court, having reviewed the Motion of Plaintiff Securities and Exchange Commission

for an Order approving a Distribution Plan, the Memorandum of Law in Support and the

proposed Distribution Plan, ~~and~~ for good cause shown, and in the absence of timely objections,

**IT IS HEREBY ORDERED** that:

1.      The Motion is **GRANTED**; and

1

2.      The Distribution Plan is approved in its entirety. The Distribution Plan shall

govern the administration and distribution of the Fair Fund previously established by

Order entered February 26, 2020.

**IT IS SO ORDERED**.


Dated:  March 25, 2022

_____
Honorable Alison J. Nathan
United States District Judge