UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br>                    v.<br><br>TESLA, INC.<br><br>Defendant. | No. 1:18-cv-8947-LJL |

**PLAINTIFF'S NOTICE OF MOTION OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Melissa J. Armstrong, dated June 24, 2022, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, plaintiff U.S. Securities and Exchange Commission ("SEC") hereby moves the Court to withdraw the individual appearances of Cheryl L. Crumpton, Edward Barrett Atwood, and Jina Lee Choi as counsel for the SEC in the above-captioned action.

The SEC seeks to withdraw the appearances of Ms. Crumpton, Mr. Atwood, and Ms. Choi because they are no longer employed by the SEC. Melissa J. Armstrong will remain as counsel to the SEC.

Dated:  June 24, 2022                              Respectfully submitted,

                                                                   /s/ Melissa J. Armstrong
                                                         MELISSA J. ARMSTRONG
                                                         U.S. Securities and Exchange Commission
                                                         100 F Street, N.E.
                                                         Washington, D.C.  20549
                                                         Tel:  (202) 551-4724
                                                         Email:  armstrongme@sec.gov

**CERTIFICATE OF SERVICE**

  I certify that on June 24, 2021, I caused a copy of the foregoing Notice of Motion of Withdrawal of Counsel, along with the supporting Declaration of Melissa J. Armstrong, to be served by ECF on all parties who have made an ECF appearance.

                /s/ Melissa J. Armstrong
                MELISSA J. ARMSTRONG